**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GERARDO FRAUSTO-GUTIERREZ, an individual, and JONATHAN SAAVEDRA, an individual, | ) ) ) ) | Case No.1:21-cv-02013 |
| Plaintiffs, | ) ) ) | Honorable Martha M. Pacold |
| v. | ) ) | |
| FALCO'S PIZZA, INC., an Illinois corporation, and MICHAEL FALCO, an individual, | ) ) ) | Magistrate Judge Sunil R. Harjani |
| Defendants. | ) ) | |

**STIPULATION OF DISMISSAL**

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL, the Court being advised in the premises that the parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction;

IT IS HEREBY ORDERED THAT:

1.   This case is dismissed without prejudice with leave to reinstate on or before July 23, 2021.

2.   In the event a motion to reinstate is not filed on or before July 23, 2021, the case shall be deemed dismissed with prejudice without further order of the Court.

3.   Each party shall bear its own attorney's fees and costs in accordance with the terms of settlement.

/s/ Timothy M. Nolan
_____
Attorney for the Plaintiffs

/s/ Nicholas F. Esposito
_____
Attorney for the Defendants