**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Gerardo Frausto−Gutierrez, et al.
                            Plaintiff,

v.                                          Case No.: 1:21−cv−02013
                                                  Honorable Martha M. Pacold

Falco's Pizza, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 8, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation of Dismissal [10] filed by the parties on 6/7/2021, this case is hereby dismissed without prejudice with leave to reinstate on or before July 23, 2021. In the event a motion to reinstate is not filed on or before July 23, 2021, the case shall be deemed dismissed with prejudice without further order of the court. Each party shall bear its own attorney's fees and costs in accordance with the terms of settlement.Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.